# No. 14-4059 (L)

### IN THE
### UNITED STATES COURT OF APPEALS
### FOR THE FOURTH CIRCUIT

**UNITED STATES OF AMERICA,**

*Plaintiff-Appellee,*

v.

**JAYLE MENDEZ,**

*Defendant-Appellant.*

**On Appeal from the United States District Court
for the Middle District of North Carolina**

### MOTION FOR EXTENSION OF TIME

COMES NOW Defendant-Appellant Jayle Mendez, through counsel and pursuant to Rule 26(b) of the Federal Rules of Appellate Procedure, and requests a fourteen-day extension of the briefing schedule previously established in this case, which case is consolidated with cases no. 14-4093 and 14-4094.

In support of this Motion, Defendant-Appellant shows the Court:

1.  Under the current briefing schedule, the joint appendix and the Defendant-Appellant's brief for the consolidated cases is due on May 1, 2014.

2.  The undersigned counsel for the lead appellant had previously arranged to be out of the country with her family for the two weeks preceding the date on which the

joint appendix and opening brief are due.  Due to this prolonged absence, the need to coordinate briefing with counsel for co-appellants, and responsibilities for other clients and matters that will also be affected by her absence, counsel needs additional time to prepare the joint appendix and opening brief.

3. The undersigned has consulted with counsel for co-appellants, Thomas Hilton Johnson, Jr. and Don D. Carter, and the government's attorney, Assistant United States Attorney Frank Joseph Chut, Jr., all of whom authorize counsel to relay to the Court that they consent to this motion.

THEREFORE, for the above reasons, the Appellant respectfully requests that the previously established briefing schedule be extended by fourteen days.

Respectfully submitted on this the 4th day of April, 2014.

/s/ Kathleen A. Gleason
Kathleen A. Gleason
BROOKS, PIERCE, MCLENDON
  HUMPHREY & LEONARD, L.L.P.
230 North Elm Street
2000 Renaissance Plaza
Greensboro, NC  27420
(336) 373-8850
(336) 378-1001

*Counsel for Appellant Mendez*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on April 4, 2014, I electronically filed the foregoing with the Clerk of Court using the CM/ECF System, which will send notice of such filing to the following registered CM/ECF users:

>Don D. Carter
>Keith, Carter & Associates, PLLC
>241 Summit Avenue
>Suite 103
>Greensboro, NC  27401
>
>Thomas Hilton Johnson, Jr.
>Gray & Johnson, LLP
>108 N. Elm Street
>Greensboro, NC  27401
>
>Frank Joseph Chut, Jr.
>Assistant United States Attorney
>United States Attorney's Office
>Middle District of North Carolina
>251 North Main Street, Suite 726
>Winston-Salem NC 27101

>>Respectfully submitted,
>>
>>/s/ Kathleen A. Gleason
>>Kathleen A. Gleason